**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |  |
|---|---|---|
| BENJAMIN D. TARVER, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 6:26-CV-1328-AGM-NWH |
| | ) | |
| LYFT FLORIDA, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING**

I, Benjamin D. Tarver, proceeding pro se, hereby certify as follows:

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, Plaintiff BENJAMIN D. TARVER has not received any third-party litigation funding at this time but understands the continuing duty to supplement imposed by the Standing Order.

Respectfully Submitted,

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL  32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: June 19, 2026

*Plaintiff, Pro Se*

1