EXHIBIT

2

| TOS CONSENT HISTORY | |
|---|---|
| name | date |
| Benjamin Tarver | 2/28/26 |
| Benjamin Tarver | 1/8/25 |
| Benjamin Tarver | 5/15/23 |
| Benjamin Tarver | 5/15/23 |
| Benjamin Tarver | 4/12/21 |
| Benjamin Tarver | 10/18/19 |
| Benjamin Tarver | 10/5/18 |