**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BENJAMIN D. TARVER,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-01328-AGM-CAB**

**LYFT FLORIDA, INC.,**

**Defendant,**

---

**ORDER**

THIS CAUSE comes before the Court upon review of the Magistrate Judge's Report and Recommendation (Doc. # 28) which recommends that Defendant Lyft Florida, Inc.'s ("Lyft") Motion to Compel Arbitration and to Stay Proceedings (Doc. # 23; the "Motion") be granted.

The fourteen-day deadline for objections to the Report and Recommendation has passed and no party has filed an objection.[1] Even though no objection was filed, the Court nevertheless conducted a careful and complete review of the Report and Recommendation, and the Court is satisfied that there is no clear error on the face of the record. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Magistrate Judge's legal conclusions de novo, *LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010), the Court finds the Magistrate Judge's analysis is

---

[1] Lyft filed a Notice of Non-Opposition to the Motion and consented to the relief requested therein. (*See* Doc. # 27.)

thorough and well-reasoned. The Magistrate Judge found that a valid Arbitration Agreement exists between the parties and that the scope of the Arbitration Agreement encompasses the instant dispute. As a result, the Magistrate Judge recommended that the Court (1) order the parties to submit all claims to binding arbitration and (2) stay the case pending its resolution. For the sound reasons stated in the Report and Recommendation, the Court agrees.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. # 28) is **ADOPTED** in full and made a part of this Order as if fully set forth herein;
2. The Motion to Compel Arbitration and Stay Proceedings (Doc. # 23) is **GRANTED**;
3. The parties are **ORDERED** to submit all claims to binding arbitration in accordance with the Arbitration Agreement (Doc. # 23-2);
4. The case is **STAYED** pending arbitration. Defendant Lyft is required to (a) file a report every 90 days as to the status of the arbitration proceeding; and (b) notify the Court within 10 days of the final resolution of the arbitration proceeding or other resolution of this dispute; and
5. The Clerk is directed to administratively **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on this October 9, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Counsel of Record